■ P.J. PANZECA, INC., Appellant, v LIZZA INDUSTRIES, INC., Respondent. — In an action to recover moneys due under a contract, plaintiff appeals from an order of the Supreme Court, Nassau County (Vitale, J.), entered February 10, 1983, which vacated the default judgment entered against defendant for failure to answer. Order affirmed, without costs or disbursements. Special Term did not abuse its discretion by vacating the default judgment entered against defendant. Damiani, J. P., Lazer, Gulotta and Bracken, JJ., concur.